IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHIHULY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHT GALLERY CHICAGO, LLC, ECHT GALLERY INC., KAREN ECHT, <br><br> Defendants. | Case No. 18-cv-6365 <br><br> Honorable Judge Jorge L. Alonso |

## ORDER FOR ENTRY OF DEFAULT

Plaintiff Chihuly, Inc. has requested that default be entered against Defendants Echt Gallery Chicago, LLC, Echt Gallery Inc., and Karen Echt pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend this action (Dkt. 14).

It appearing from the record that Defendants were served with the Summons and Complaint on September 21, 2018 (Dkt. 11-13) and that Defendants have failed to appear, plead, or otherwise defend this action, the default of Defendants Echt Gallery Chicago, LLC, Echt Gallery Inc., and Karen Echt is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

ENTERED:

12/11/18

_____
Jorge L. Alonso
United States District Judge

142229357.1